# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00423-CV

In re Chynethia Gragg

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on November 12, 2025, is denied.

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED: November 20, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
OT06

